UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: ) | |
| ) | Case No. 13-33767-mdm |
| ) | Chapter 13 |
| THOMAS J. ZOVAR, ) | |
| JUDIT M. ZOVAR, ) | |
| ) | |
| Debtors. ) | |

## OBJECTION TO TRUSTEE'S MOTION TO DISMISS

Please take notice that the debtors, Thomas J. Zovar and Judit M. Zovar, by their attorneys, DeLadurantey Law Office, LLC, by Nathan E. DeLadurantey, hereby object to the Motion to Dismiss as brought by Mary B. Grossman, Chapter 13 Trustee.

The debtors assert that they are ready and able to file an amended plan to account for the unsuccessful Mortgage Modification Mediation and request time to do so.

The debtors respectfully request that the Court schedule a hearing on the matter.

Dated: July 21, 2014.

                                        DeLadurantey Law Office, LLC
                                        Attorneys for Debtors

                                        /s/
                                        By: Nathan E. DeLadurantey
                                        State Bar No.1063937

Drafted by:
Daniel T. Beasley
SBN 1092029
735 W. Wisconsin Avenue, Suite 720
Milwaukee, WI  53233
(414) 377-0515; Fax (414) 755-0860
dan@dela-law.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| In re: | ) | |
| THOMAS J. ZOVAR and | ) | Case No. 13-33767-mdm |
| JUDIT M. ZOVAR, | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

Caitlin York states under oath that she is over the age of 18 and a paralegal at DeLadurantey Law Office, LLC, attorneys for the debtors, and that on July 21, 2014, she delivered true and correct copies of the attached "Objection to Trustee's Motion to Dismiss" and "Certificate of Service" via the CM/ECF system or first-class mail to the following parties:

Clerk, U.S. Bankruptcy Court  　　Trustee Mary B. Grossman
Eastern District of Wisconsin　　　　*via CM/ECF*
*via CM/ECF*

Office of the United States Trustee
*via CM/ECF*

I certify under penalty of perjury that the foregoing is true and correct.

Executed on July 21, 2014.

Signed: 　/s/ Caitlin York
　　　　　　Caitlin York

Drafted by:
Daniel T. Beasley
SBN 1092029
735 W. Wisconsin Avenue, Suite 720
Milwaukee, WI 53233
(414) 377-0515; Fax (414) 755-0860
dan@dela-law.com

2