UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| In re: | ) | |
| THOMAS J. ZOVAR and | ) | Case No. 13-33767-mdm |
| JUDIT M. ZOVAR, | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | |

**NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN**

Thomas J. Zovar and Judit M. Zovar have filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

File with the court a written request for hearing which shall contain a short and plain statement of the factual and legal basis for the objection. File your written request at:

> Clerk of Bankruptcy Court
> 517 E. Wisconsin Avenue, Room 126
> Milwaukee, WI 53202-4581

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

> Nathan E. DeLadurantey
> DeLadurantey Law Office, LLC
> 735 W. Wisconsin Avenue, Suite 720
> Milwaukee, WI  53233

If you or your attorney does not take these steps, the court may decide that you do not oppose the request and may enter an order modifying the Plan.

1

## REQUEST TO MODIFY CHAPTER 13 PLAN

1. The Proponent of this modification is:

    A. __X__ the Debtor;

    B. _____ the Chapter 13 Trustee (post-confirmation modifications only);

    C. _____ the holder of an unsecured claim (Name:) (post-confirmation only).

2. This is a request to modify a Chapter 13 Plan (Select A. or B.):

    A. __X__ post-confirmation;

    B. _____ pre-confirmation (Select i. or ii.);

    i. _____ Debtors/Debtors' attorney certifies that the proposed modification does not materially adversely affect creditors (L.R. 3015(b)); or

    ii. _____ Debtors/Debtors' attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the proposed modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors affected are:

3. The Proponent wishes to modify the Chapter 13 Plan to do the following:

4. The reason(s) for the modification is/are: MMM was unsuccessful. Debtor's cannot afford to cure arrearage through the plan.

5. Select A. or B.

    A. __X__ The Chapter 13 Plan confirmed or last modified on March 6, 2014, is modified as follows is modified as follows:

**6(C). Surrender of Collateral.** This Plan shall serve as notice to creditor(s) of Debtor's intent to surrender the following collateral. Any secured claim filed by a secured lien holder whose collateral is surrendered at or before confirmation will have their secured claim treated as satisfied in full by the surrender of the collateral.

| (a) Creditor | (b) Collateral to be surrendered |
|---|---|
| **Wells Fargo Home Mortgage** | **Homestead property located at 3230 S 45 St Greenfield, WI 53219** |

**10. Special Provisions.** Notwithstanding anything to the contrary set forth above, the Plan shall include the provisions set forth below.

**(A) Attorneys' fees are to be paid at the rate of all available funds at confirmation. After confirmation, Attorney's fees shall be paid at one-half of available funds (less trustee fees) each month. If all secured claims have been paid in full, Attorneys are to receive all available funds (less trustee fees) each month until paid in full. Allowed Secured Creditors will receive post confirmation payments at the rate of one-half of all available funds (less trustee fees).**

**(B) These provisions are hereby omitted.**

B. _____ The unconfirmed Chapter 13 Plan dated is modified as follows:

All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein. In the event of a conflict between the original Plan and the modification set forth above, the latter shall supersede and control.

6. **BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODIFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.**

**CERTIFICATION**

I, Nathan E. DeLadurantey, attorney for debtors, Thomas J. Zovar and Judit M. Zovar, certify that I have reviewed the modification proposed above with the debtors, and that the debtors have authorized me to file it with the court.

| /s/ Nathan E. DeLadurantey | September 5, 2014 |
|---|---|
| Counsel for the debtors | Date |

WHEREFORE, the Proponent requests that the court approve the modification to the Chapter 13 Plan as stated herein.

Dated: <u>September 5, 2014</u>, at Milwaukee, Wisconsin.

DeLadurantey Law Office, LLC
Attorneys for Debtor

/s/
By: Nathan E. DeLadurantey
State Bar No. 1063937

Drafted by:
Daniel T. Beasley
SBN 1092029
735 W Wisconsin Ave., Suite 720
Milwaukee, WI 53233
(414) 377-0515; Fax (414) 755-0860
dan@dela-law.com

A copy of the foregoing filed electronically on September 05, 2014 with:

Clerk, U.S. Bankruptcy Court
517 East Wisconsin Avenue
Milwaukee, WI 53202

Copies of the foregoing mailed or sent electronically
if the party named accepts electronic service on September 05, 2014:

Office of the U.S. Trustee
517 East Wisconsin Avenue, #430
Milwaukee, WI 53202

Mary B. Grossman
PO Box 510920
Milwaukee, WI 53203

The attached creditor matrix

/s/Caitlin York, Paralegal
(Electronically file by)

```
Label Matrix for local noticing          GE Capital Retail Bank                    US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR
0757-2                                   c/o Recovery Management Systems Corporat  Washington Building 2nd Floor
Case 13-33767-mdm                        25 SE 2nd Avenue, Suite 1120              4650 North Port Washington Rd.
Eastern District of Wisconsin            Miami, FL 33131-1605                      Milwaukee, WI 53212-1077
Milwaukee
Fri Sep  5 09:55:45 CDT 2014

Cap One Na                               Collection Experts                        Comenity Bank/Woman Within
Po Box 26625                             Attn:Collections/Bankruptcy               Attention: Bankruptcy
Richmond, VA 23261-6625                  20720 Watertown Rd Ste 108                Po Box 182686
                                         Waukesha, WI 53186-1823                   Columbus, OH 43218-2686


Global Netwk                             Oac                                       Office of the U. S. Trustee
10950 Grandview Rd Suite                 Po Box 371100                             517 East Wisconsin Ave.
Overland Park, MO 66210-1565             Milwaukee, WI 53237-2200                  Room 430
                                                                                   Milwaukee, WI 53202-4510


Quantum3 Group LLC as agent for          Recovery Management Systems Corporation   Wells Fargo Bank, N.A.
Comenity Bank                            25 S.E. 2nd Avenue, Suite 1120            P.O. Box 19657
PO Box 788                               Miami, FL 33131-1605                      Irvine, CA 92623-9657
Kirkland, WA  98083-0788


Wells Fargo Bank, N.A.                   Wells Fargo Bank, N.A.                    Wells Fargo Home Mortgage
Wells Fargo Bank, N.A.                   Wells Fargo Bank, N.A.                    PO Box 5296
Attn: Bankruptcy Dept/MAC#D3347-014      Attn: Bankruptcy Dept/MAC#D3347014        Carol Stream, IL 60197-5296
3476 Stateview Blvd                      3476 Stateview Blvd
Fort Mill, SC 29715-7200                 Fort Mill, SC 29715-7200


Wfs Financial/Wachovia Dealer Srvs       Wi Electric / Wi Energies                 Judit M Zovar
Po Box 3569                              Attention:  Jill Costello                 3230 S 45th St
Rancho Cucamonga, CA 91729-3569          Po Box 2046 Room A130                     Milwaukee, WI 53219-4815
                                         Milwaukee, WI 53201-2046


Mary B. Grossman                         Nathan E. DeLadurantey                    Thomas J Zovar
Chapter 13 Trustee                       DeLadurantey Law Office                   3230 S 45th St
P.O. Box 510920                          735 W. Wisconsin Avenue                   Milwaukee, WI 53219-4815
Milwaukee, WI 53203-0161                 Suite 720
                                         Milwaukee, WI 53233-2413


End of Label Matrix
Mailable recipients     20
Bypassed recipients      0
Total                   20
```